UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

FILED
Sep 08, 2015
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN RE: FLUOROQUINOLONE PRODUCTS
LIABILITY LITIGATION

MDL No. 2642

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO –3)

On August 17, 2015, the Panel transferred 19 civil action(s) to the United States District Court for the District of Minnesota for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2015). Since that time, 58 additional action(s) have been transferred to the District of Minnesota. With the consent of that court, all such actions have been assigned to the Honorable John R. Tunheim.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Minnesota and assigned to Judge Tunheim.

Pursuant to Rule 7.1 of the <u>Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation,</u> the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of Minnesota for the reasons stated in the order of August 17, 2015, and, with the consent of that court, assigned to the Honorable John R. Tunheim.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Minnesota. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Sep 08, 2015

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

A true copy in ___4___ sheet(s)
of the record in my custody,
CERTIFIED ___9/8___, 20 _15_
Richard D. Sletten, Clerk
BY: _____
         Deputy Clerk

IN RE: FLUOROQUINOLONE PRODUCTS  
LIABILITY LITIGATION

MDL No. 2642

### SCHEDULE CTO-3 – TAG-ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **ARIZONA** | | | |
| AZ | 2 | 15-01534 | Romano v. Johnson & Johnson et al  15cv3545 JRT |
| AZ | 2 | 15-01619 | Saver v. Johnson & Johnson et al  15cv3546 JRT |
| **CALIFORNIA CENTRAL** | | | |
| CAC | 2 | 15-06172 | Joseph Anatra v. Bayer Healthcare Pharmaceuticals, Inc. et al  15cv3547 JRT |
| CAC | 5 | 15-01652 | Melinda M. Cinader, et al. v. Bayer Healthcare Pharmaceuticals, Inc. et al.  15cv3548 JRT |
| **CALIFORNIA EASTERN** | | | |
| CAE | 1 | 15-01255 | Crum v. Bayer Healthcare Pharmaceuticals, Inc. et al  15-3549 |
| CAE | 2 | 15-01723 | Fulton v. Bayer Healthcare Pharmaceuticals, Inc. et al  15-3550 JRT |
| **FLORIDA MIDDLE** | | | |
| FLM | 6 | 15-01325 | Freund v. Johnson & Johnson et al  15-cv-3551 JRT |
| FLM | 6 | 15-01326 | Garvine v. Johnson & Johnson et al  15-cv-3552 JRT |
| **GEORGIA NORTHERN** | | | |
| GAN | 1 | 15-02776 | Wakefield v. Johnson & Johnson et al  15-3553 JRT |
| GAN | 1 | 15-02895 | Johnson v. Johnson & Johnson et al  15-3554 JRT |
| GAN | 2 | 15-00164 | Matt v. Johnson & Johnson et al  15-3555 JRT |
| GAN | 2 | 15-00167 | Herron v. Bayer Healthcare Pharmaceuticals, Inc. et al  15-3556 |
| GAN | 4 | 15-00141 | Eaker v. Bayer Healthcare Pharmaceuticals, Inc. et al  15-3557 |
| **ILLINOIS CENTRAL** | | | |
| ILC | 1 | 15-01335 | Hanson v. Johnson & Johnson et al  15-3558 JRT |
| ILC | 2 | 15-02168 | Carter v. Janssen Research & Development et al  15-3559 |
| **INDIANA NORTHERN** | | | |

| | | | |
|---|---|---|---|
| INN | 2 | 15-00298 | Mathews v. Janssen Pharmaceuticals, INC. et al  15cv3560 JRT |

**INDIANA SOUTHERN**

| | | | |
|---|---|---|---|
| INS | 4 | 15-00114 | TOEPFERT v. JANSSEN PHARMACEUTICALS, INC. et al  15cv3561 JRT |

**IOWA SOUTHERN**

| | | | |
|---|---|---|---|
| IAS | 4 | 15-00264 | Grother v. Johnson & Johnson, et al  15-3562 JRT |

**KANSAS**

| | | | |
|---|---|---|---|
| KS | 2 | 15-09208 | Harnar v. Janssen Pharmaceuticals, Inc., et al  15-3563 |
| KS | 6 | 15-01232 | Owens v. Janssen Pharmaceuticals, Inc., et al  15-3564 |

**MARYLAND**

| | | | |
|---|---|---|---|
| MD | 8 | 15-02373 | Davis v. Johnson & Johnson et al  15-3565 JRT |

**MISSISSIPPI SOUTHERN**

| | | | |
|---|---|---|---|
| MSS | 3 | 15-00544 | Smith v. Johnson & Johnson et al  15-3566 JRT |
| MSS | 5 | 15-00074 | Johnson v. Johnson & Johnson et al  15-3567 JRT |

**NORTH DAKOTA**

| | | | |
|---|---|---|---|
| ND | 3 | 15-00074 | Farthing et al v. Johnson & Johnson et al  15-3568 JRT |

**OHIO SOUTHERN**

| | | | |
|---|---|---|---|
| OHS | 3 | 15-00282 | Shelton v. Johnson & Johnson et al  15cv3569 JRT |

**OREGON**

| | | | |
|---|---|---|---|
| OR | 3 | 15-01500 | Mayes v. Johnson & Johnson et al  15-3570 JRT |
| OR | 6 | 15-01514 | Schwartz v. Johnson & Johnson, Inc. et al  15-3571 JRT |

**PENNSYLVANIA EASTERN**

| | | | |
|---|---|---|---|
| PAE | 2 | 15-04188 | INGRAM v. JOHNSON & JOHNSON et al  15-3572 |
| PAE | 2 | 15-04189 | STEPHENS v. JOHNSON & JOHNSON et al  15-3573 |
| PAE | 2 | 15-04190 | FARMER v. JOHNSON & JOHNSON, et al  15-3574 |
| PAE | 2 | 15-04191 | STROECH v. JOHNSON & JOHNSON et al  15-3575 |
| PAE | 2 | 15-04542 | VENTRCA v. JOHNSON & JOHNSON et al  15-3576 |
| PAE | 2 | 15-04543 | BARRY v. JOHNSON & JOHNSON et al  15-3577 |
| PAE | 2 | 15-04544 | GEORGE v. JOHNSON & JOHNSON et al  15-3578 |

**PENNSYLVANIA WESTERN**

| | | | |
|---|---|---|---|
| PAW | 2 | 15-00982 | SHEPHERD v. BAYER CORPORATION et al  15-3579 |
| PAW | 2 | 15-00983 | BENTLEY et al v. BAYER CORPORATION et al  15-3580 |

SOUTH CAROLINA

| | | | |
|---|---|---|---|
| SC | 6 | 15-03241 | Czaikowski v. Johnson & Johnson et al  15cv3581 JRT |

TEXAS NORTHERN

| | | | |
|---|---|---|---|
| TXN | 4 | 15-00620 | Rhodes v. Bayer Healthcare Pharmaceuticals, Inc. et al  15cv3582 JRT |

TEXAS SOUTHERN

| | | | |
|---|---|---|---|
| TXS | 4 | 15-02357 | Grasty v. Bayer Healthcare Pharmaceuticals, Inc. et al  15cv3583 JRT |

VIRGINIA EASTERN

| | | | |
|---|---|---|---|
| VAE | 3 | 15-00451 | Powell v. Johnson & Johnson et al  15cv3584 JRT |

VIRGINIA WESTERN

| | | | |
|---|---|---|---|
| VAW | 7 | 15-00419 | Cassell v. Bayer Healthcare Pharmaceuticals, Inc. et al  15cv3583 JRT |

WEST VIRGINIA SOUTHERN

| | | | |
|---|---|---|---|
| WVS | 2 | 15-11779 | Billeter v. Bayer Healthcare Pharmaceuticals, Inc. et al 15-3586 |
| WVS | 5 | 15-12294 | King v. Johnson & Johnson 15-3587 JRT |